**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 614 EAL 2018

              Respondent            :

                                      :   Petition for Allowance of Appeal from

                                      :   the Order of the Superior Court

              v.                       :

                                      :

ANGEL L. VELEZ,                       :

                                      :

                 Petitioner            :


## ORDER


**PER CURIAM**

      **AND NOW**, this 29th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.